```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 07449
    DAVID RODRIGUEZ
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-8788

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 03/03/2005 and was confirmed 05/16/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  41.37% from remaining funds.

    The case was paid in full 04/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                          PAID        PAID
--------------------------------------------------------------------------
NATIONWIDE ACCEPTANCE~  UNSECURED OTH   1067.28         .00        441.58
NATIONWIDE ACCEPTANCE~  SECURED         4000.00      469.48       4000.00
NATIONWIDE ACCEPTANCE~  SECURED         1000.00      117.36       1000.00
CAPTAL ONE              UNSECURED     NOT FILED         .00           .00
VAN RU CREDIT           UNSECURED     NOT FILED         .00           .00
RESURGENT ACQUISITION LL UNSECURED     8436.95         .00       3490.45
PROVIDIAN               NOTICE ONLY   NOT FILED         .00           .00
PROVIDIAN               NOTICE ONLY   NOT FILED         .00           .00
ST ELIZABETH            UNSECURED     NOT FILED         .00           .00
ST ELIZABETHS HOSPITAL  NOTICE ONLY   NOT FILED         .00           .00
STEFANS STEFANS & STEFAN REIMBURSEMENT    154.00        .00        154.00
STEFANS STEFANS & STEFAN DEBTOR ATTY    2,200.00                 2,200.00
TOM VAUGHN              TRUSTEE                                    727.13
DEBTOR REFUND           REFUND                                     224.00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              12,824.00

PRIORITY                                        154.00
SECURED                                       5,000.00
    INTEREST                                    586.84
UNSECURED                                     3,932.03
ADMINISTRATIVE                                2,200.00
TRUSTEE COMPENSATION                            727.13
DEBTOR REFUND                                   224.00
                     --------------         --------------
TOTALS               12,824.00               12,824.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 07449 DAVID RODRIGUEZ

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 07/28/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |